

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

---

## NO. 2-08-109-CR

---

EMMITT STARLING, JR.                                                 APPELLANT
A/K/A EMMITT STARLING

V.

THE STATE OF TEXAS                                                          STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Emmitt Starling attempts to appeal from his conviction for arson. Pursuant to a plea-bargain agreement, Appellant pleaded guilty to this offense, and the trial court sentenced him to ten years' confinement. The trial court also certified that this is a plea-bargain case and that Appellant has no right of appeal.

---

[1] *See* TEX. R. APP. P. 47.4.

On April 9, 2008, we informed Appellant by letter that his appeal was subject to dismissal based on the trial court's certification unless, by April 21, he filed a response showing grounds for continuing the appeal. *See* TEX. R. APP. P. 25.2(d), 44.3. No response has been filed. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

PANEL D:   MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

DELIVERED: May 8, 2008

2